IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03045-NYW

BEATRICE GAIL JAMES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang on March 11, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Beatrice Gail James. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear its own fees and costs.

DATED at Denver, Colorado this  11th  day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk

